United States District Court
Northern District of California

NITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS A. PRIVAT, et al.,<br><br>Defendants. | Case No. 18-cv-03601-JD<br><br>**ORDER RE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 21 |

Pro se plaintiff Muhammad has asked the Court to reconsider the adoption of a report and recommendation by Magistrate Judge Laporte that his case be dismissed with prejudice. Dkt. No. 21. Muhammad consented to the Magistrate Judge's jurisdiction. Dkt. No. 5. The Court accepted the recommendation and dismissed the action. Dkt. No. 17. Reconsideration is denied.

The request fails to comply with the requirements of Civil Local Rule 7-9, which governs reconsideration motions and applies to Muhammad. Civ. L.R. 3-9(a) ("A person representing him or herself without an attorney is bound by the Federal Rules, as well as by all applicable local rules."). Even if read generously in light of his pro se status, Muhammad's request does not identify anything that might warrant reconsideration under Civil Local Rule 7-9(b), namely new or different facts or law, or a credible showing that the Court did not properly consider the prior arguments.

Muhammad's suggestion that the report and recommendation reflected racial prejudice against him is entirely without foundation. Not an iota of evidence supports his allegation of racial animus by a judge in this district.

**IT IS SO ORDERED.**

Dated: August 28, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br>    Plaintiff,<br>v.<br>CARLOS A. PRIVAT, et al.,<br>    Defendants. | Case No. 18-cv-03601-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Karim Muhammad
P.O. Box 31764
Oakland, CA 94604

Dated: August 29, 2019

        Susan Y. Soong
        Clerk, United States District Court

        By: _____
        LISA R. CLARK, Deputy Clerk to the
        Honorable JAMES DONATO