UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br>　　　　Plaintiff,<br>　　v.<br>CARLOS A. PRIVAT, et al.,<br>　　　　Defendants. | Case No. 18-cv-03601-JD<br><br>**ORDER TERMINATING IFP STATUS** |

In Muhammad's pending appeal, the Ninth Circuit made a limited referral to this Court to determine whether a prior grant of in forma pauperis ("IFP") status should continue, or whether the appeal is frivolous and taken in bad faith. 28 U.S.C. § 1915(e)(2); *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Muhammad is not entitled to continued IFP status on appeal. His original federal claims were dismissed because they lacked any arguable legal or factual basis. Dkt. No. 13. His request for reconsideration of the dismissal on the ground that the presiding judge was racially biased against him was denied on the same grounds. Dkt. No. 25. The appeal raises essentially the same frivolous issues and was taken in bad faith. Consequently, his IFP status is terminated.

The Clerk of the Court is requested to serve a copy of this order on plaintiff and the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: September 20, 2019

_____
JAMES DONATO
United States District Judge